GAEA POWELL
567 Heritage Lane
Arroyo Grande, CA 93420
(310) 780-8393
Email: Gaea.Powell@gmail.com

NO CV 71
NO CV 30



GAEA EDDE POWELL, IN PRO PER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GAEA EDDE POWELL<br><br>Plaintiff,<br><br>vs.<br><br>ELAINA CANO, in her individual and official capacity as San Luis Obispo County Clerk-Recorder; COUNTY OF SAN LUIS OBISPO<br><br>Defendant. | COURT CASE NO. 2:25-cv-10251 SRM-DTB<br><br>Jury Trial: ☒ Yes ☐ No<br><br>42 USC § 1983 COMPLAINT FOR VIOLATION OF FIRST, AND FOURTEENTH, AMENDMENTS TO THE UNITED STATES CONSTITUTION<br><br>(Non-Prisoner Complaint) |

This document is a civil rights complaint filed by Gaea Edde Powell against Elaina Cano and the County of San Luis Obispo, alleging violations of constitutional rights "under color of law". The First Amendment to the U.S. Constitution (free speech and association); and the Fourteenth Amendment to the U.S. Constitution (due process and equal protection).

42 USC § 1983 COMPLAINT FOR VIOLATION OF FIRST AND FOURTEENTH, AMENDMENTS TO THE UNITED STATES CONSTITUTION – POWELL V CANO; COUNTY OF SAN LUIS OBISPO

- 1 -

PARTIES

Plaintiff is a business owner, former City of Arroyo Grande mayoral candidate, and a political activist who resides in the County of San Luis Obispo, California.

Defendant No. 1, Elaina Cano, San Luis Obispo County Clerk-Recorder, 1055 Monterey Street, San Luis Obispo, California 93408.

Defendant No. 2, County of San Luis Obispo, 1055 Monterey Street, San Luis Obispo, California 93408.

GENERAL ALLEGATIONS

Defendant Elaina Cano, as County Clerk-Recorder, acted under color of law in her official capacity by intentionally confirming the existence of a preliminary criminal investigation into Plaintiff to the media, less than thirty days before the November 5, 2024 election, misusing her influence as an elected official, and her authority over public records, and election filings pursuant to California Government Code §§ 6250 et seq. and Elections Code §§ 18000 et seq. Defendant San Luis Obispo County is liable as a municipal entity for policies, customs, or practices that enabled or ratified this conduct, including inadequate safeguards against misuse of confidential investigatory information for political purposes.

BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, this Court has jurisdiction over all claims for relief pursuant to state or local officials for the "deprivation of any rights, privileges, or

42 USC § 1983 COMPLAINT FOR VIOLATION OF FIRST AND FOURTEENTH, AMENDMENTS TO THE UNITED STATES CONSTITUTION – POWELL V CANO; COUNTY OF SAN LUIS OBISPO

- 2 -

immunities secured by the Constitution and [federal laws]."

STATEMENT OF CLAIM

1. Plaintiff Gaea Powell was a candidate for Mayor of Arroyo Grande in San Luis Obispo County, California, in the election scheduled for November 5, 2024.

2. On or about October 7, 2024, Defendant Elaina Cano, acting in her official capacity as County Clerk-Recorder and under color of law, knowingly and intentionally disclosed and confirmed to the media, including the San Luis Obispo Tribune, the existence of a preliminary criminal investigation into Plaintiff by the San Luis Obispo County District Attorney's Office regarding alleged election-related issues.

3. Defendant Cano improperly disclosed confidential information obtained through privileged communications with the San Luis Obispo County District Attorney's Office, including by confirming the DA's request for and her office's provision of Plaintiff's candidacy and voter registration filings. Such communications stemmed from unverified allegations, including those made by Tom Fulks, Chair of the San Luis Obispo County Democratic Party, which initiated the investigation.

4. Defendant Cano's actions were intentional and motivated by a desire to interfere with Plaintiff's campaign, as evidenced by the timing of the disclosure (close to the election), her selective confirmation targeting Plaintiff (while the DA's Office declined to comment), and her awareness of the investigation through the DA's request for Plaintiff's filings.

42 USC § 1983 COMPLAINT FOR VIOLATION OF FIRST AND FOURTEENTH, AMENDMENTS TO THE UNITED STATES CONSTITUTION – POWELL V CANO; COUNTY OF SAN LUIS OBISPO

- 3 -

5. As a direct result of Defendant Elaina Cano's actions several front-page articles were published on or around October 11, 2025.

6. Defendant County of San Luis Obispo maintained policies, customs, or practices, including a failure to adequately train or supervise employees regarding the confidentiality of preliminary investigatory matters, especially in the context of ongoing elections, which enabled and ratified Defendant Cano's conduct.

7. As a direct result, Plaintiff suffered interference with her campaign, including chilled political speech and association with supporters, loss of voter support, and reputational harm.

## INJURIES

1. As a result of the confirmation, Plaintiff suffered reputational harm, loss of voter support, and interference with her ability to campaign effectively, including chilled political speech and association with supporters.

2. Defendant San Luis Obispo County's policies or customs, including failure to train or supervise employees on the confidentiality of preliminary investigatory matters in election contexts, were the moving force behind the violation.

3. These actions deprived Plaintiff of her rights under the First Amendment (free speech and association in political campaigns), the Fourteenth Amendment (procedural due process by denying opportunity to respond to unverified

42 USC § 1983 COMPLAINT FOR VIOLATION OF FIRST AND FOURTEENTH, AMENDMENTS TO THE UNITED STATES CONSTITUTION – POWELL V CANO; COUNTY OF SAN LUIS OBISPO

- 4 -

allegations before public dissemination, and equal protection by selectively targeting Plaintiff), and privacy rights protected by federal law.

4. Reputational damage, leading to potential loss of the election, future professional opportunities, housing opportunities, and political opportunities.

5. Emotional distress, including anxiety, humiliation, and insomnia from the public exposure of private investigatory details.

6. Plaintiff sought healthcare and therapies for related health issues.

## RELIEF

Plaintiff requests:

1. A declaratory judgment that Defendants' actions violated Plaintiff's constitutional rights under the First and Fourteenth Amendments.

2. A permanent injunction enjoining Defendants from further disclosure or confirmation of confidential investigatory matters related to Plaintiff or similar misuse of authority in election contexts.

3. Compensatory damages in the amount of $1,000,000 against Defendants jointly and severally for reputational harm, health distress, financial losses, interference with political rights, and for the violation of liberties and freedom.

4. Punitive damages in the amount of $500,000 against Defendant Cano in her individual capacity for her intentional and malicious conduct.

42 USC § 1983 COMPLAINT FOR VIOLATION OF FIRST AND FOURTEENTH, AMENDMENTS TO THE UNITED STATES CONSTITUTION – POWELL V CANO; COUNTY OF SAN LUIS OBISPO

- 5 -

5. Attorney's fees and costs pursuant to 42 U.S.C. § 1988.

6. Such other relief as the Court deems just and proper.

CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support and will likely have additional evidentiary support after a reasonable opportunity for further discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Gaea Edde Powell hereby requests a trial by jury on all claims and issues so triable.

Dated this 21st day of October 2025.

_____*Gaea Edde Powell*_____
Gaea Edde Powell, Plaintiff

42 USC § 1983 COMPLAINT FOR VIOLATION OF FIRST AND FOURTEENTH, AMENDMENTS TO THE UNITED STATES CONSTITUTION – POWELL V CANO; COUNTY OF SAN LUIS OBISPO