# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gaea Edde Powell,<br><br>　　　　Plaintiff(s)/Petitioner(s)<br><br>v.<br><br>Elaina Cano, et al.,<br><br>　　　　Defendant(s)/Respondent(s) | Case No.<br><br>2:25-cv-10251-SRM (DTB)<br><br>**ORDER ON REQUEST TO PROCEED**<br>*IN FORMA PAUPERIS*<br><br>CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Request to Proceed Without Prepayment of Filing Fees (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that Plaintiff/Petitioner:

☐ is not able to prepay the full filing fee.　　■ is able to prepay the full filing fee.

☐ has not submitted enough information for the Court to tell if Plaintiff/Petitioner is able to prepay the full filing fee. This is what is missing:

　　☐ a certified copy of a trust fund statement for the last six months. *N/A to prisoners at CDCR facilities in the C.D. Cal*
　　■ other: Plaintiff has not demonstrated financial inability to pay the filing fee.

## *PRISONER NON-HABEAS CASES*
**IT IS THEREFORE ORDERED** that:

☐ The Request is **GRANTED. Plaintiff now owes the Court the total filing fee of $350.00.** An initial partial filing fee of $_____ is due within 30 days. Thereafter, monthly payments must be forwarded to the Court as provided in 28 U.S.C. §1915(b)(2). This case may be dismissed if Plaintiff fails to timely make any of the required payments.

☐ Ruling on the request is POSTPONED for 30 days so that Plaintiff has the opportunity to provide:
　　☐ the missing information identified above.
　　☐ authorization to disburse funds from the prison trust account.
If Plaintiff does not provide the information or authorization within 30 days, this case may be dismissed.

## *HABEAS PETITIONS*
**IT IS THEREFORE ORDERED** that:

☐ The request is **GRANTED**.
☐ Ruling on the request is POSTPONED for 30 days so that Petitioner may provide additional information.

## *NON-PRISONER/NON-HABEAS CASES*
**IT IS THEREFORE ORDERED** that:

☐ The request is **GRANTED**.
☐ Ruling on the request is POSTPONED for 30 days so that the Plaintiff may provide additional information.

**IT IS FURTHER ORDERED** that:
■ Within 30 days of this Order, Plaintiff/Petitioner must do the following:

> Pay the filing fee to proceed with this action.

If Plaintiff/Petitioner does not provide the information or authorization within 30 days, this case may be dismissed.

Dated: November 21, 2025　　　　　　　　　　　　　　By: /s/ David T. Bristow
　　　　　　　　　　　　　　　　　　　　　　　　　　HON. DAVID T. BRISTOW
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE