Douglas C. Smith, Esq. (SBN 160013)
Martin A. Mettias, Esq. (SBN 355062)
SMITH LAW OFFICES, LLP
4001 Eleventh Street
Riverside, CA 92501
Telephone: (951) 509-1355
Facsimile: (951) 509-1356
dsmith@smitlaw.com

Attorneys for Defendants
COUNTY OF SAN LUIS OBISPO and ELAINA CANO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAEA EDDE POWELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELAINA CANO, in her individual and official capacity as San Luis Obispo County Clerk-Recorder; COUNTY OF SAN LUIS OBISPO,<br><br>　　　　Defendant. | Case No.: 2:25-cv-10251-SRM(DTBx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:　　　11/7/25<br>Current Response Date:　11/28/25<br>New Response Date:　　12/26/25<br><br>*Complaint filed 10/21/25* |

　　　COMES NOW Plaintiff, GAEA EDDE POWELL, in pro se, and Defendants, COUNTY OF SAN LUIS OBISPO and ELAINA CANO, by and through their attorneys Douglas C. Smith, Esq. and Martin A. Mettias, Esq., and hereby stipulate pursuant to Local Rule 8-3 as follows:

　　　To continue the current responsive pleading due date of November 28, 2025 for not longer than 30 days, to December 26, 2025.

///

SO STIPULATED.

DATED:  December 2, 2025         SMITH LAW OFFICES, LLP

                                 By:   */ s / Douglas C. Smith*
                                       Douglas C. Smith
                                       Martin A. Mettias
                                       Attorneys for Defendants
                                       COUNTY OF SAN LUIS OBISPO and
                                       ELAINA CANO

DATED:  December 2, 2025         By:   */ s / Gaea Powell*
                                       Gaea Powell
                                       In Pro Se

    I herein certify in accordance with Local Rule 5.4.3.4. that all parties have concurred in the contents of the document and have authorized me to so file it.

DATED:  December 2, 2025         SMITH LAW OFFICES, LLP

                                 By:   */ s / Douglas C. Smith*
                                       Douglas C. Smith
                                       Martin A. Mettias
                                       Attorneys for Defendants
                                       COUNTY OF SAN LUIS OBISPO and
                                       ELAINA CANO