# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gaea Edde Powell,<br><br>PLAINTIFF(S)<br>v.<br><br>Elaina Cano, et al,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cv-10251-SRM-DTB<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below are deficient for the following reason(s):
Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs was denied on November 21, 2025. The Proof of Service has also been stricken from the docket as premature. Plaintiff' has been ordered to pay the filing fee to proceed with this action.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Stipulation Extending Time to Answer the Complaint [Docket No. 11] | 12/02/2025 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

December 3, 2025                                                      _/s/ Daniel T. Bristow_
Date                                                                        United States Magistrate Judge