AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| GAEA EDDE POWELL<br><br>*Plaintiff(s)*<br>v.<br>ELAINA CANO, in her individual and official capacity as San Luis Obispo County Clerk-Recorder; COUNTY OF SAN LUIS OBISPO<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-10251-SRM-DTB |

**FILED**
CLERK, U.S. DISTRICT COURT
1/9/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ram DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

RECEIVED
CLERK OF THE BOARD
JAN 08 2025
B.No.V
DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ELAINA CANO, in her individual and official capacity as San Luis Obispo County Clerk-Recorder; COUNTY OF SAN LUIS OBISPO
1055 Monterey Street
San Luis Obispo, CA 93408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gaea Edde Powell
567 Heritage Lane
Arroyo Grande, CA 93420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/19/2025



CLERK OF COURT

*Rachel Maurice*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Elaina Cano, San Luis Obispo County Clerk Recorder
was received by me on *(date)* January 6, 2026.

☒ I personally served the summons on the individual at *(place)* SLO County Admin Bldg, 1055 Monterey St. San Luis Obispo CA 93408 on *(date)* January 8, 2026 @ 4:10 pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 ✓

I declare under penalty of perjury that this information is true.

Date: Jan. 8, 2026

*Server's signature*

Darcia Ann Stebbens, Individual
*Printed name and title*

PO Box 3065, Paso Robles CA 93447
7010 Via Escondida, San Miguel, CA 93451
*Server's address*

Additional information regarding attempted service, etc:
Elaina Cano was "not available" but in her office. County Clerk Recorder's office employee, Michelle Maltby, personally handed the summons and complaint to Ms. Cano in her office as I waited and Ms. Maltby confirmed service. Darcia Stebbens