# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **2:25-cv-10251-SRM (DTB)**  Date: **January 28, 2026**

Title: **Gaea Edde Powell v. Elaina Cano, et al**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING DEFENDANTS' MOTION TO DISMISS [DOCKET NO. 23]**

　　Defendants County of San Luis Obispo and Elaina Cano have appeared and filed a Motion to Dismiss Plaintiff's Complaint ("Motion"). (Docket No. 23). Defendants inadvertently noticed the Motion for an unspecified date with District Judge Murillo. (Motion at 1). The parties are advised that this matter has been referred to this Court to consider preliminary matters and conduct all further hearings. (Docket No. 5).

　　The Court finds that the matters raised by the Motion are capable of resolution without a hearing. Fed.R.Civ.P. 78(b), Central District of California Local Rule 7-15. No appearance by any party is required unless otherwise ordered by the Court.

　　The Court sets the following briefing schedule on the Motion: Plaintiff shall file an Opposition[1] on or before **February 27, 2026** and Defendants shall file an optional Reply within 14 days of Plaintiff's filing. Thereafter, the Court will take the matter under submission without further briefing or argument.

　　**IT IS SO ORDERED**.

---

[1] Plaintiff is advised that pursuant to Central District of California Local Rule 7-12 - *Failure to File Required Documents* - the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.

MINUTES FORM 11                                                       Initials of Deputy Clerk  RAM
CIVIL-GEN