Eugene P. Ramirez (State Bar No. 134865)
*eugene.ramirez@manningkass.com*
Kelly A. Duncan (State Bar No. 216181)
*kelly.duncan@manningkass.com*
Martin A. Mettias (State Bar No. 355062)
*martin.mettias@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
4001 Eleventh Street
Riverside, California 92501
Telephone: (951) 509-1355
Facsimile: (951) 509-1356

*Exempt from Filing Fees*
*Gov't Code Section 6103*

Attorneys for Defendants
COUNTY OF SAN LUIS OBISPO and
ELAINA CANO

MANNING | KASS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

GAEA EDDE POWELL,

Plaintiff,

v.

ELAINA CANO, in her individual and official capacity as San Luis Obispo County Clerk-Recorder; COUNTY OF SAN LUIS OBISPO,

Defendants.

Case No. 2:25-cv-10251-SRM (DTB)

**DEFENDANTS COUNTY OF SAN LUIS OBISPO AND ELAINA CANO'S NOTICE OF PLAINTIFF'S FAILURE TO FILE AMENDED COMPLAINT PURSUANT TO COURT ORDER; REQUEST FOR DISMISSAL WITH PREJUDICE**

Date: Under Submission
Time:
Crtrm.: 5D

District Judge: Hon. Serena R. Murrillo
Magistrate Judge: Hon. David T. Bristow

PLEASE TAKE NOTICE that Plaintiff GAEA EDDE POWELL ("Plaintiff") has not served or filed an amended complaint pursuant to the Court's Amended Order Granting Defendants COUNTY OF SAN LUIS OBISPO and ELAINA CANO's ("Defendants") Motion to Dismiss with Leave to Amend, dated September 1, 2026 (Dkt. No. 32).

///

///

Plaintiff has had ample notice. The Court issued two orders, its initial Order dated August 28, 2026 (Dkt. No. 31) and its Amended Order dated September 1, 2026 (Dkt. No. 32), granting Plaintiff thirty (30) days to serve and file an amended complaint in compliance with the Court's orders. Plaintiff has failed to do so.

Accordingly, Defendants respectfully request that the Court dismiss Plaintiff's Complaint in its entirety on the grounds set forth in Defendants' Motion to Dismiss (Dkt. No. 23), and that the dismissal be with prejudice.

DATED: October 2, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: *Martin A. Mettias*

Eugene P. Ramirez
Kelly A. Duncan
Martin A. Mettias
Attorneys for Defendants
COUNTY OF SAN LUIS OBISPO and
ELAINA CANO



MK MANNING | KASS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 4001 Eleventh Street, Riverside, CA 92501.

On **October 2, 2026**, I served true copies of the following document(s) described as **DEFENDANTS COUNTY OF SAN LUIS OBISPO AND ELAINA CANO'S NOTICE OF PLAINTIFF'S FAILURE TO FILE AMENDED COMPLAINT PURSUANT TO COURT ORDER; REQUEST FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| Gaea Powell<br>567 Heritage Lane<br>Arroyo Grande, CA 93420<br>Telephone: (310) 780-8393<br>gaea.powell@gmail.com | In Pro Se |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Jill.Szalonek@manningkass.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 2, 2026**, at Riverside, California.

*Jill Szalonek*

Jill Szalonek





MANNING | KASS